IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BRUNSON ROBERTS**                                                                            **PETITIONER**
**ADC #127841**

**v.**                     **NO. 5:14CV00044 JLH/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                  **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Brunson Roberts's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 4th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE